IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID GEVAS, )
        Plaintiff, )
)
-vs- )    NO. 10-493-SCW
)
DERWIN RYKER, HARRINGTON, )
J BROWN, C VAUGHN, R GOINS, )
J FENOGLIO, WEXFORD HEALTH )
SOURCES, INC., JEREMIAH BROWN, )
NOBEL HARRINGTON, DONALD )
GAETZ and TERRENCE COX, )
        Defendants. )

## JUDGMENT IN A CIVIL CASE

Defendants **R GOINS** was dismissed without prejudice and **J FENOGLIO** and **WEXFORD HEALTH SOURCES, INC.** were dismissed with prejudice by an Order entered by Judge Michael J. Reagan on February 22, 2011 (Doc 9).

Defendant **C VAUGHN** was dismissed without prejudice by an Order entered by Judge Michael J. Reagan on February 29, 2012 (Doc. 74).

Defendants **HARRINGTON,** and **J BROWN** were dismissed by the filing of the Amended Complaint on August 22, 2012 (Doc. 104).

Defendant **DONALD GAETZ** and **TERRENCE COX** were dismissed by an Order entered by Judge Michael J. Reagan on May 16, 2013 (Doc. 191).

The remaining case came before this Court for jury trial. The issues have been tried and the jury has rendered it's verdict in favor of Defendants **JEREMIAH BORWN** and **LEE RYKER** and against Plaintiff **DAVID GEVAS** and in favor of Plaintiff **DAVID GEVAS** and against Defendant **NOBLE HARRINGTON** in the amount of one dollar ($1.00) in compensatory damages and ten thousand dollars ($10,000.00) in punitive damages for a total amount of ten thousand and one dollars

($10,001.00) (Doc. 117).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **DERWIN RYKER, C VAUGHN, R GOINS, J FENOGLIO, WEXFORD HEALTH SOURCES, INC., JEREMIAH BROWN, DONALD GAETZ** and **TERRENCE COX** and against plaintiff **DAVID GEVAS**.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **DAVID GEVAS** and against Defendant **NOBLE HARRINGTON** in the amount of one dollar ($1.00) in compensatory damages and ten thousand dollars ($10,000.00) in punitive damages for a total amount of ten thousand and one dollars ($10,001.00).

**DATED: August 27, 2013**

        **NANCY J. ROSENSTENGEL, CLERK**

        **BY: S/Angela Vehlewald**
                  Deputy Clerk

**Approved by**    **s//Stephen C. Williams**
        **United States Magistrate Judge**
        **Stephen C. Williams**